# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   REBECCA A. NOVAK                          Case Number: 05-74658
3415 MICHAEL DRIVE              SSN-xxx-xx-5369
ROCKFORD, IL  61108

|  |  |
|---|---|
| Case filed on: | 9/8/2005 |
| Plan Confirmed on: | 11/18/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,040.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  |  |  |  |  |  |
| 998 | REBECCA A. NOVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | COLONIAL SAVINGS | 75,074.20 | 0.00 | 0.00 | 0.00 |
| 002 | HERITAGE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 75,074.20 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 003 | AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SMC | 290.65 | 290.65 | 30.66 | 0.00 |
| 005 | LVNV FUNDING LLC | 224.13 | 224.13 | 23.64 | 0.00 |
| 006 | DOROTHY MAHLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GESMER LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HERITAGE CREDIT UNION | 2,986.19 | 0.00 | 0.00 | 0.00 |
| 009 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 598.09 | 598.09 | 63.07 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,238.17 | 5,238.17 | 552.42 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 405.73 | 405.73 | 42.78 | 0.00 |
| 013 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 5,044.92 | 5,044.92 | 532.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 4,520.71 | 4,520.71 | 476.76 | 0.00 |
| 016 | HSBC CARD SERVICES | 1,253.21 | 1,253.21 | 132.17 | 0.00 |
|  | Total Unsecured | 20,561.80 | 17,575.61 | 1,853.54 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 98,500.00 | 20,439.61 | 4,717.54 | 0.00 |

Total Paid Claimant:        $4,717.54
Trustee Allowance:          $322.46          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     10.55     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan